## 11989. APPLING *v.* THE STATE.

Evidence as to an assault upon a person of a name different from the one that the indictment alleges to be the name of the assaulted person will not support a conviction of assault with intent to murder, where there is no evidence that the person assaulted was ever known or called by the name alleged in the indictment.
      DECIDED MARCH 8, 1921.

Indictment for assault with intent to murder; from Lincoln superior court — Judge Walker. November 4, 1920.

*Earle M. Norman, Colley & Colley,* for plaintiff in error.

*R. C. Norman, solicitor-general,* contra.

BLOODWORTH, J.  Henry Appling was convicted under an indictment which charged him with assault with intent to murder Henry Esquire by shooting the said Esquire with a pistol. The evidence shows that the accused shot at Willie Askew four times with a pistol, one shot hitting him. There is not a particle of evidence to show that the accused ·shot, or shot at, Henry Esquire, or that Henry Esquire was ever known as Willie Askew, or called by that name. The verdict of guilty, therefore, is contrary to law and evidence. *Irwin* v. *State,* 117 *Ga.* 722 (45 S. E. 59), and cases cited.

   *Judgment reversed. Broyles, C. J., and Luke, J., concur.*